**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03240-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DAVID H. HANSON,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, INC., Registered Agent: Judith Sugg Scott,

    Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff, David H. Hanson, currently resides in Colorado Springs, Colorado.  Mr. Hanson has submitted a Complaint.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Hanson will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Hanson files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the Court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   _X_   affidavit is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   ___   other:  form must be notarized or certified pursuant to 28 U.S.C. § 1746.

**Complaint or Petition**:
(9)   ___   is not submitted
(10)   ___   is not on proper form (must use the court's current form)
(11)   ___   is missing an original signature by the Plaintiff

(12) __ is incomplete
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other:.

Accordingly, it is

ORDERED that Mr. Hanson cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Mr. Hanson files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Hanson shall obtain the Court-approved forms used in filing a 28 U.S.C. § 1915 Motion and Affidavit, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Hanson fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 13, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge