IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03240-REB-KLM

DAVID H. HANSON,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, INC.: Registered Agent, Judith Sugg Scott,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. It has come to the Court's attention that Defendant has not filed an answer or other response to Plaintiff's Complaint [#1]. The Waiver of Service [#5] indicates that Defendant waived service on December 11, 2012 and that its answer or other response was due on February 22, 2013. Defendant has failed to timely file an answer or other response.

    IT IS HEREBY **ORDERED** that Defendant shall file an answer or other response to Plaintiff's Complaint [#1] **on or before May 17, 2013**.

    IT IS FURTHER **ORDERED** that, if Defendant fails to file an answer or other response to Plaintiff's Complaint [#1] by May 17, 2013, Plaintiff shall file a Motion for Entry of Default and a Motion for Default Judgment **on or before June 17, 2013**. **Failure to comply with this instruction will result in a Recommendation that this matter be dismissed in its entirety.**

    Dated:  May 3, 2013