**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-03240-REB-KLM

DAVID H. HANSON,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, INC.: Registered Agent, Judith Sugg Scott,

    Defendant.

---

**FINAL JUDGMENT**

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of United States Magistrate Judge** [#24] entered by Judge Robert E. Blackburn on February 25, 2014, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the recommendations stated in the **Order and Recommendation of United States Magistrate Judge** [#22] filed August 29, 2013, are **APPROVED** and **ADOPTED** as an order of this court; and

    2. That consistent with the undisputed facts of record of this case and with the settlement agreement of the parties, this case is **DISMISSED** with prejudice.

    DATED at Denver, Colorado, this 25th day of February, 2014.

    FOR THE COURT:

    Jeffrey P. Colwell, Clerk

    By: s/Kathleen Finney
        Kathleen Finney
        Deputy Clerk